BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

mailto:besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA M. FORD )<br>xxx-xx-4136 )<br> )<br> )<br> )<br> )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security )<br>of the United States of America, )<br> )<br>     Defendant. )<br>_____ ) | Case No.   13-2245 EFB<br><br><br><br><br>**MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION PURSUANT TO FRCP 6 (4) (b) WITH DECLARATION AND ~~PROPOSED~~ ORDER** |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S SUMMARY JUDGMENT**

Plaintiff's motion for summary judgment is due March 28, 2014, and counsel respectfully requests that the Court grant an extension to April 18, 2014, within which to file her motion. Plaintiff's counsel requires additional time to file the brief due to  illness.  This is counsel's first request for an extension and opposing counsel does not oppose the motion.  *See,* Declaration of Counsel.

/////

/////

1

Dated: March 28, 2014

LAW OFFICE OF
BESS M. BREWER & ASSOCIATES

By: ___/S/ *BESS M. BREWER*___
BESS M. BREWER
Attorney for Plaintiff

## **DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I am an attorney licensed to practice law in California and am admitted to practice before this Court. I represent Ms. Ford in the above referenced case pending in this Court and submit this declaration in support of plaintiff's motion for an extension of time to file her motion for summary judgment.

2. Ms. Ford's summary judgment motion is due today, March 28, 2014. However, I'm not feeling well and will need until April 18, 2014, to file Ms. Ford's MSJ.

3. Opposing counsel, Elizabeth Barry, was unable to review the proposed stipulation sent by email because their entire system was down. She indicated over the phone, however, that the government would not oppose my motion for an extension.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on March 28, 2014, in Sacramento, California.

___/s/ Bess M. Brewer___
BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 1, 2014.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2