BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
Facsimile: (916) 405-3908

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALISA M. FORD**<br>xxx-xx-4136<br><br><br>**Plaintiff,**<br><br>v.<br><br>**CAROLYN W. COLVIN**,<br>**Acting Commissioner of Social Security**<br>**of the United States of America,**<br>**Defendant.** | Case No.   13-2245 EFB<br><br><br><br>**MOTION FOR EXTENSION OF TIME**<br>**TO FILE BRIEF; DELCARATION AND**<br>**ORDER** |

**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff hereby moves the Court for an extension of time to May 5, 2014, to file his Summary Judgment Motion pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. This motion is based on the entire record in this case including the declaration of plaintiff's counsel as set forth below.

**MOTION**

Plaintiff respectfully requests that the Court permit counsel to file her Summary Judgment Memorandum on May 5, 2014, pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure Rule 6(4)(b).  Plaintiff's motion was due April 18, 2014, but was not re-calendared to reflect the and fell through the cracks.   Counsel became aware of the oversight today, April 28, 2014.

1

*See*, Declaration of Bess M. Brewer. Counsel apologizes to the court for not timely filing Ms. Ford's summary judgment motion.

Dated: April 28, 2014

          LAW OFFICE OF
          BESS M. BREWER & ASSOCIATES

          By: /S/ *BESS M. BREWER*
          BESS M. BREWER
          Attorney for Plaintiff

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I am an attorney licensed the practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of plaintiff's motion for leave to file her brief on May 5, 2014.

2. Plaintiff's motion for summary judgment was extended to April 18, 2014, but I failed to reflect this new date on my calendar. As a result, Ms. Ford's case fell through the cracks and was her motion was not timely filed. I just became aware of the oversight today.

3. I apologize to the Court for my failure to timely file Ms. Ford's summary judgment motion on time. Opposing counsel has been informed regarding the requested extension.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on April 28, 2014, in Sacramento, California.

          /s/ Bess M. Brewer
          BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 28, 2014.

          _____
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE